IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ANTHONY ROSHON ROBERTS, SR., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. CIV-11-143-M |
| JUSTIN JONES, Director of Oklahoma Dept. of Corrections, in his personal and official capacities, JOSEPH TAYLOR, Warden of Cimarron Correctional Facility, in his personal and official capacities, and KIMBERLY LEATHERWOOD, Mailroom Clerk, in her personal and official capacities, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On July 6, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: Motion for Default Judgment in this case. The Magistrate Judge recommended that plaintiff's motion for a default judgment be denied. Plaintiff was advised of his right to object to the Report and Recommendation by July 25, 2011. A review of the file reveals no objection has been filed.

Having reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation: Motion for Default Judgment issued by the Magistrate Judge on July 6, 2011, and

(2) DENIES plaintiff's Motion for Default Judgment [docket no. 54].

**IT IS SO ORDERED this 11th day of August, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE