# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-143-M |
| ) | |
| JUSTIN JONES, Director of Oklahoma ) | |
| Dept. of Corrections, in his personal ) | |
| and official capacities, ) | |
| JOSEPH TAYLOR, Warden of Cimarron ) | |
| Correctional Facility, in his personal and ) | |
| official capacities, and ) | |
| KIMBERLY LEATHERWOOD, Mailroom ) | |
| Clerk, in her personal and official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 29, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: The Plaintiff's Motion for a Preliminary Injunction (Doc. 101). The Magistrate Judge recommended that the Court deny plaintiff's motion for a preliminary injunction. The parties were advised of their right to object to the Report and Recommendation by March 19, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation: The Plaintiff's Motion for a Preliminary Injunction (Doc. 101) issued by the Magistrate Judge on February 29, 2012, and
(2) DENIES plaintiff's Motion for Preliminary Injunction against Defendant Jones [docket no. 101].

**IT IS SO ORDERED this 28th day of March, 2012.**

*[signature]*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE