## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY ROSHON ROBERTS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-143-M |
| | ) | |
| JUSTIN JONES, Director of Oklahoma | ) | |
| Dept. of Corrections, in his personal | ) | |
| and official capacities, | ) | |
| JOSEPH TAYLOR, Warden of Cimarron | ) | |
| Correctional Facility, in his personal and | ) | |
| official capacities, and | ) | |
| KIMBERLY LEATHERWOOD, Mailroom | ) | |
| Clerk, in her personal and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 29, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report

and Recommendation: The Plaintiff's Motion for a Preliminary Injunction (Doc. 101).  The

Magistrate Judge recommended that the Court deny plaintiff's motion for a preliminary injunction.

The parties were advised of their right to object to the Report and Recommendation by March 19,

2012.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation: The Plaintiff's Motion for a Preliminary
       Injunction (Doc. 101) issued by the Magistrate Judge on February 29, 2012, and
(2)    DENIES plaintiff's Motion for Preliminary Injunction against Defendant Jones
       [docket no. 101].

**IT IS SO ORDERED this 28th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE