## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-143-M |
| | ) |
| JUSTIN JONES, Director of Oklahoma | ) |
| Dept. of Corrections, in his personal | ) |
| and official capacities, | ) |
| JOSEPH TAYLOR, Warden of Cimarron | ) |
| Correctional Facility, in his personal and | ) |
| official capacities, and | ) |
| KIMBERLY LEATHERWOOD, Mailroom | ) |
| Clerk, in her personal and official | ) |
| capacities, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 10, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: Dispositive Motion by Defendants Taylor and Leatherwood. The Magistrate Judge recommended that the Court grant defendants Taylor and Leatherwood's motion for summary judgment. The parties were advised of their right to object to the Report and Recommendation by February 27, 2012. Although given an extension of time until March 22, 2012 to object, a review of the file reveals plaintiff has not filed an objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation: Dispositive Motion by Defendants Taylor and Leatherwood issued by the Magistrate Judge on February 10, 2012;

(2) GRANTS defendants Taylor and Leatherwood's Motion for Summary Judgment [docket no. 86], and

(3)     ORDERS that judgment issue forthwith in favor of defendants Taylor and Leatherwood and against plaintiff.

**IT IS SO ORDERED this 30th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE