**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-143-M |
| ) | |
| JUSTIN JONES, Director of Oklahoma ) | |
| Dept. of Corrections, in his personal ) | |
| and official capacities, ) | |
| JOSEPH TAYLOR, Warden of Cimarron ) | |
| Correctional Facility, in his personal and ) | |
| official capacities, and ) | |
| KIMBERLY LEATHERWOOD, Mailroom ) | |
| Clerk, in her personal and official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 28, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: Summary Judgment Motion by Plaintiff Anthony Roberts. The Magistrate Judge recommended that the Court dismiss plaintiff's motion for summary judgment on grounds of mootness. The parties were advised of their right to object to the Report and Recommendation by March 16, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation: Summary Judgment Motion by Plaintiff Anthony Roberts issued by the Magistrate Judge on February 28, 2012, and
(2) DISMISSES plaintiff's motion for summary judgment [docket no. 61] as MOOT.

**IT IS SO ORDERED this 30th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE